IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**HOWARD LAWRENCE KNOWLES,**     CASE NO. 2:09-cv-00746
                                 MAGISTRATE JUDGE KEMP
**Petitioner,**                  JUDGE HOLSCHUH

v.

**WARDEN, NOBLE CORRECTIONAL INSTITUTION,**

**Respondent.**

## OPINION AND ORDER

On October 9, 2009, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed as barred by the one-year statute of limitations. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED.** This action is hereby **DISMISSED.**

    **IT IS SO ORDERED**.

Date: November 9, 2009             **/s/ John D. Holschuh**
                                   JOHN D. HOLSCHUH
                                   United States District Judge